IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH, FLORIDA
CIVIL DIVISION

WALDEMAR and
ALTHEA GONZALEZ,

      Plaintiffs,

v.

FEDERAL INSURANCE
COMPANY,

      Defendant.

_____/

Case No.:

Division:

## COMPLAINT AND DEMAND FOR JURY TRIAL

**COME NOW,** the Plaintiffs, WALDEMAR GONZALEZ and ALTHEA GONZALEZ (hereinafter referred to as "Plaintiffs"), by and through undersigned counsel, and file this, their Complaint against the Defendant, FEDERAL INSURANCE COMPANY (hereinafter referred to as "FEDERAL"), and as grounds therefore state as follows:

1.    The amount in controversy in this action exceeds the sum of Fifteen Thousand and 00/100 ($15,000.00) Dollars, exclusive of pre-judgment interest, court costs, and attorneys' fees.

2.    At all times relevant hereto, Plaintiffs were and are residents of Hillsborough County, Florida, and owned the real property located at 7548 Dunbridge Drive, Odessa, Hillsborough County, Florida 33556 (hereinafter referred to as "The Insured Property").

3.    At all times relevant hereto, the Defendant, FEDERAL, was and is an insurer in the State of Florida and which provided a policy of property insurance to

Plaintiffs. Further, such policy of insurance was issued for delivery and delivered, in Hillsborough County, Florida and insured a Hillsborough County risk.

4. In consideration of the premium paid to it by Plaintiffs, Defendant issued to Plaintiff in Hillsborough County, Florida, a Homeowners policy of insurance, Policy No. 13135823-01 (hereinafter referred to as "The Policy"), which was in full force and effect at the time loss and damage occurred as a result of sinkhole activity to The Insured Property. A copy of The Policy is attached hereto as **Exhibit A**.

5. On or about January 24, 2007, The Insured Property suffered damages as a result of sinkhole activity.

6. The Policy extends coverage for damage to Plaintiffs' home, as well as other coverages, if The Insured Property is damaged by an insured peril such as a sinkhole and/or sinkhole activity.

7. In Florida, the work of adjusting insurance claims engages the Public Trust.

## BREACH OF CONTRACT

8. Plaintiffs reallege and incorporate paragraphs 1 through 7 as if fully set forth herein.

9. This is an action for damages for breach of an insurance contract against CITIZENS.

10. On or about January 24, 2007, the Insured Property was damaged by sinkhole activity, and Plaintiffs suffered a substantial loss regarding their real property and continue to suffer such loss.

11.     Plaintiffs notified FEDERAL of the loss and damage to The Insured Property.

12.     Thereafter, FEDERAL, retained the services of West Coast Consulting Group (hereinafter referred to as "West Coast") to perform a subsidence investigation to determine the cause of the damage to The Insured Property.

13.     West Coast prepared a written report of its findings and conclusions of its subsidence evaluation of The Insured Property, which confirmed The Insured Property suffered direct physical damage due to sinkhole activity.

14.     Purportedly in accordance with the terms of the subject insurance policy, Defendant undertook a repair of Plaintiffs' home.

15.     By virtue of Defendant's purported election to repair under the above-referenced insurance contract, a new repair contract arose by implication of law, under which Defendant was bound to restore Plaintiffs' home to a pre-loss condition within a reasonable time.

16.     Defendant has breached the new repair contract, and thus, the underlying insurance policy, by failing to effect repairs at the subject home that restore the damaged property to its pre-loss condition as to function and appearance.

17.     Plaintiffs are entitled to full cost of repairs of the damage to the Insured Property, including, but not limited to, remediation of subsurface conditions, restoration of the foundation, full cosmetic repair, repair of the cracks, structural repair, temporary repairs and other expenses necessary to repair the subject insured dwelling; and if the Insured Property is not repairable within the applicable coverage limits, an amount equal to such limits for the total loss.

18.     By electing to cover sinkhole loss as set forth in the insurance policy, the Defendant contractually obligated itself to investigate and resolve sinkhole claims in a manner that is not inconsistent with the provisions of § 627.707, but which may provide benefits broader than those provided under § 627.707, and consistent with § 627.7011(3).

19.     All conditions precedent to obtaining said benefits under the policy from Defendant have been complied with, met, or waived.

20.     Plaintiffs, as a result of sinkhole activity underneath The Insured Property, have suffered damage to The Insured Property, and as a direct result of FEDERAL'S breach of its insurance contract; Plaintiffs have lost the full value and full benefit of her real property and continue to suffer such loss.

21.     As a direct result of FEDERAL'S failure to properly repair Plaintiffs' home within a reasonable time, it has been necessary for Plaintiff to incur and become obligated for attorneys' fees and costs in the prosecution of this action.  Florida Statutes § 627.428, provides for the recovery of such attorneys' fees in the event of such need.

**WHEREFORE,** the Plaintiffs, WALDEMAR GONZALEZ and ALTHEA GONZALEZ, pray this Court determine that Defendant, FEDERAL INSURANCE COMPANY, has breached its insurance contract, to enter an Order directing Defendant, FEDERAL INSURANCE COMPANY, to provide coverage and to pay, in full, their contractual and compensatory damages under the contract, to award pre-judgment interest on the amounts wrongfully withheld, to award the costs of this action, to award attorneys' fees pursuant to Florida Statute §627.428, and to grant such other and further relief as this Court may deem just and proper.

**FURTHER,** the Plaintiffs, WALDEMAR GONZALEZ and ALTHEA GONZALEZ,

request a trial by jury on all issues so triable.

**THE THOMPSON TRIAL GROUP, P.A.**
Attorneys for Plaintiff
403 N. Howard Ave.
Tampa, Florida 33606
Tel: 813.254-1800
Fax: 813.254-1844

By:
THOMAS W. THOMPSON, ESQ.
FBN: 0163376
A. LEE SMITH, JR., ESQ.
FBN: 0031428

 # CHUBB GROUP OF INSURANCE COMPANIES

202 Hall's Mill Road, Whitehouse Station, New Jersey 08889-1600

October 20, 2009

Attn: Tommy Thompson Esq.

Policy: 1313582301

Insured: WALDEMAR AND ALTHEA GONZALEZ

Writing Co: FEDERAL

I certify that the above mentioned, enclosed policy is a true and accurate copy.

Yours truly,
Chubb & Son
A Division of Federal Insurance Company

By:

Theresa R. Zarrello
Personal Lines Service Branch



EXHIBIT

A

# *Masterpiece*®



CHUBB

**Name and address of Insured**

WALDEMAR AND ALTHEA GONZALEZ
7548 DUNBRIDGE DR
ODESSA, FL 33556

**Effective Date** 10/30/06
**Policy no.** 13135823-01
**Issued by** Federal Insurance Company
a stock insurance company
incorporated in Indiana
**Policy period** 10/30/06 to 10/30/07

**If you have any questions, please contact**
INSURANCE INTERMEDIARIES(JOHN R
WEACHTER)
6460 BUSCH BLVD #100
COLUMBUS, OH 43229-1737
614-846-1111

To Our Valued Customer:

Chubb understands what you expect when it comes to insurance - coverage that suits your lifestyle, a policy that gives you choices and no hassles if you have to report a claim. In fact, when it comes to insuring your property and possessions, we offer coverage and service beyond your expectations.

As part of our service commitment, we are proud to offer our web site, www.chubb.com/personal, that allows you to pay your bills online, while giving you secure online access to your policy, bill and claim information.*

To take advantage of our online services, you will first need to establish an account and register your policies online. Please have a copy of your current policy or billing statement handy to complete the easy two step process.

Simply go to www.chubb.com/personal and select the "Register Now" link to get started.

Once your policies are registered, you can access your policy, bill and claim information each time you visit the site simply by logging in with your user ID and password. Chubb utilizes security and encryption technology to ensure the privacy of your online information.

If you need assistance with registration, please contact Chubb's Customer Care Team toll-free at 1-866-324-8222 from 8 a.m. to 8 p.m. EST, Monday through Friday. If you have questions or concerns about your coverage, your agent or broker is your best source of advice and guidance.

Thank you for insuring through Chubb.

Customer Care Team
Chubb Personal Insurance
1-866-324-8222 (1-866-eChubb2)

*Availability of policy, bill, and claims information is subject to certain system limitations. Not all information is available for all states.

Chubb refers to the insurers of the Chubb Group of Insurance Companies.

© Copyright 1984 by Chubb & Son Inc. Form no. Q6600010 (Ed. 8-02)

INSURED 10/19/09 23.34.34

040507012307




**Name and address of Insured**
WALDEMAR AND ALTHEA GONZALEZ
7548 DUNBRIDGE DR
ODESSA, FL 33556

**Premise Location**
7548 DUNBRIDGE DR
ODESSA, FL 33556

**Effective Date**  10/30/06
**Policy no.**  13135823-01
**Issued by**  Federal Insurance Company
a stock insurance company
incorporated in Indiana
**Policy period**  10/30/06 to 10/30/07

**If you have any questions, please contact**
INSURANCE INTERMEDIARIES(JOHN R
WEACHTER)
6460 BUSCH BLVD #100
COLUMBUS, OH  43229-1737
614-846-1111

To Our Valued Customer:

Please note that your *Masterpiece* policy includes **a special  2% hurricane deductible** for covered loss caused by or resulting from hurricanes for your Florida location listed above*.

Your Coverage Summary describes how the special hurricane deductible applies to a covered loss for the location listed above. The special hurricane deductible applies to your aggregate loss including loss to your residence, the contents of your residence, and to all of the Extra Coverages in your policy, except those where the policy states no deductible applies (for example, Additional Living Expenses).

Up to the full dollar amount of your special hurricane deductible is applied to the first covered loss caused by or resulting from a hurricane during a calendar year. For covered losses caused by or resulting from the second and subsequent hurricanes occurring in the same calendar year, the dollar amount of the special hurricane deductible will be reduced by all deductible amounts applied toward prior covered hurricane losses during the same calendar year. However, if your home and contents base deductible amount is greater than the remaining special hurricane deductible amount, the base deductible applies in lieu of the special hurricane deductible. This base deductible will not be waived for covered losses of more than $50,000 caused by or resulting from a hurricane.

If the listed location is a house, the dollar amount of the special hurricane deductible is calculated by applying the percentage to the amount of coverage for your house shown in your Coverage Summary. If the listed location is a condominium, cooperative, or rental unit, the dollar amount of the special hurricane deductible is calculated by applying the percentage to the amount of contents coverage shown in your Coverage Summary. **Please review the exhibit for examples of how this special hurricane deductible is calculated and applies to hurricane losses during a calendar year.**

"Hurricane" means a storm declared by the National Hurricane Center of the National Weather Service which:

- begins with the issuance of the first public advisory of a Hurricane Watch or Warning by the National Hurricane Center for any part of the state of Florida;
- continues as long as hurricane conditions exist in any part of the state of Florida; and
- ends 72 hours after the National Hurricane Center discontinues the last Hurricane Watch or Warning for any part of the state of Florida.

© Copyright 1984 by Chubb & Son Inc.  Form no. Q6429027

INSURED  10/18/09  23:34:34



If you have any questions, your agent or broker is always your best source of advice. In a world of choices, thank you for insuring through Chubb.

Customer Relations Manager
Chubb Personal Insurance

*A hurricane deductible does not apply to this location if there is a wind or hail exclusion. If a wind or hail exclusion applies to this location, it can be found under Special Provisions in your Coverage Summary or under Exclusions in your House, Contents, Condominium, Cooperative, or Renters Coverage.

**Relax. You're Insured with Chubb.**[SM]
Chubb, Box 1600, Whitehouse Station, NJ 08889-1600
www.chubb.com/personal       e-mail: customercare@chubb.com

Chubb refers to the insurers of the Chubb Group of Insurance Companies.
Actual coverage is subject to the language of the policy.

© Copyright 1984 by Chubb & Son Inc.   Form no. Q6409027

INSURED 10/19/08 23.34.34

0405070123


CHUBB

### Exhibit

The following examples illustrate how a special 5% hurricane deductible is calculated and applied during a calendar year.

#### Houses

$300,000 house coverage
$150,000 contents coverage
$ 60,000 other permanent structures coverage
Home and contents base deductible is $500

Hurricane #1 of calendar year:
   Covered loss of $30,000

   Multiply the house coverage ($300,000) by 5 percent. This equals **a special $15,000 hurricane deductible**. The special $15,000 hurricane deductible will be subtracted from the $30,000 loss. **The total payment for the loss would be $15,000.**

Hurricane #2 of calendar year:
   Covered loss of $35,000

   Multiply the house coverage ($300,000) by 5 percent. This equals **a special $15,000 hurricane deductible**. The special $15,000 hurricane deductible will be reduced by the deductible amount applied toward the prior covered loss ($15,000). In this case, since the remaining amount of the special hurricane deductible is zero, the home and contents base deductible ($500) will apply. **The total payment for the loss would be $34,500.**

#### Condominiums, cooperatives, or renters

$100,000 contents coverage
$ 10,000 additions and alterations coverage
Home and contents base deductible is $500

Hurricane #1 of calendar year:
   Covered loss of $22,000

   Multiply contents coverage ($100,000) by 5 percent. This equals **a special $5,000 hurricane deductible**. The special $5,000 hurricane deductible will be subtracted from the $22,000 loss. **The total payment for the loss would be $17,000.**

Hurricane #2 of calendar year:
   Covered loss of $16,000

   Multiply the contents coverage ($100,000) by 5 percent. This equals **a special $5,000 hurricane deductible**. The special $5,000 hurricane deductible will be reduced by the deductible amount applied toward the prior covered loss ($5,000). In this case, since the remaining amount of the special hurricane deductible is zero, the home and contents base deductible ($500) will apply. **The total payment for the loss would be $15,500.**

© Copyright 1984 by Chubb & Son Inc.  Form no.  Q6409027
INSURED 10/19/09 23.34.34
040507012307



CHUBB

## MINIMUM ADEQUACY STANDARDS FOR WINDSTORM PROTECTION

### General Requirements for all Florida windstorm protection devices:
- Windstorm protection must be installed directly on **ALL** exterior glass openings to include:
  windows, doors, skylights, entry doors with glass, and garage doors with windows
- All installations require that the installer obtain a building permit and have installations approved by a building inspector
- All installations must be inspected and approved by Chubb

### Storm Shutters and Panels:
- All storm shutters and panels must be attached to the structure of the building, not to window or door framing
- All products must be in compliance with the most current applicable building code

  *Storm Panels* (aluminum, steel, or polycarbonate)
  - Corrosion-resistant pins (not clips) must be used to fasten panels to tracks
  - Panels without tracks must be bolted to the structure with non-corrosive bolts
  *Accordion Shutters*
  - Accordion shutters are designed for application directly to the wall around an opening
  - Accordion shutters installed around porch or balcony openings must be reinforced with wood or metal bracing attached to a structural member
  *Roll Down Shutters*
  - Motorized shutters must have a manual crank for operation during power outages
  *Colonial, Bahama, Awning or Clam Shell Style Shutters*
  - Must be equipped with storm bars to prevent lifting during a storm
  - Louvered shutters require 1/2" plywood, .040 gauge aluminum, or 1/8" polycarbonate sheathing to be affixed to the face when closed

### Plywood Panels:
- All plywood installations must be attached to the structure of the building, not window or door framing
- Minimum 1/2" thickness
- Only one sheet per opening is permitted allowing for a 4" overlap on the sides
- All plywood must be pre-cut, pre-drilled, and labeled to indicate intended location
- Must be attached to structure with 1/4" corrosion-resistant bolts
- Bolts must be permanently installed year round

### Polycarbonate Sheets (e.g., Lexan ™, SentryGlass ™, Saflex ™):
- Must be framed and mounted in accordance with manufacturer's specifications and be at least 1/4" thick
- System must be in compliance with the most current applicable building code

### Wind/Impact Rated Windows, Doors and Skylights:
Products must be tested and approved in compliance with the most current applicable building code

January 2005

© Copyright 1984 by Chubb & Son Inc.   Form no.  Q6409027

INSURED 10/19/09 23.34.34

79

040507012307

# *Masterpiece*®



CHUBB

**Name and address of Insured**
WALDEMAR AND ALTHEA GONZALEZ
7548 DUNBRIDGE DR
ODESSA, FL 33556

**Effective Date**  10/30/06
**Policy no.**  13135823-01
**Issued by**  Federal Insurance Company
a stock insurance company
incorporated in Indiana
**Policy period**  10/30/06 to 10/30/07

**Premise Location**
7548 DUNBRIDGE DR
ODESSA, FL 33556

**If you have any questions, please contact**
INSURANCE INTERMEDIARIES(JOHN R
WEACHTER)
6460 BUSCH BLVD #100
COLUMBUS, OH  43229-1737
614-846-1111

## Florida Notices

### Available deductibles

You are notified in accordance with Florida Law that home and contents base deductibles of $100, $250, $500, $1,000, $2,500, $5,000, $7,500, $10,000, $25,000, and $50,000 are available for home and contents coverage. One deductible applies to all home and contents coverage on the same policy. A premium credit is applied for all deductibles except the $100 and $250 deductibles.

These home and contents base deductible options do not apply if a special deductible applies to the covered loss. For Florida locations, special deductibles include the vacant house deductible, hurricane deductible, and earthquake deductible.

### Available hurricane deductibles

You are notified in accordance with Florida Law that the following special hurricane deductibles are available. All Florida residences have a special hurricane deductible. Your special hurricane deductible is shown in your Coverage Summary.

If your residence is in a **Southern coastal county,** you have a special 15% hurricane deductible unless you opted to install storm shutters meeting our eligibility requirements. If your home has adequate storm shutters or other windstorm protection, all of which has been inspected and approved by us, on **all exterior glass and skylights,** then a special 2% hurricane deductible will apply if the shutters or other windstorm protection is available for use at the time of loss, as described in your Coverage Summary.

If your residence is in a **Northern coastal county** and in a **300 or 400 series territory,** as shown on your Rate Sheet, you have a special 5% hurricane deductible unless you opted to install storm shutters meeting our eligibility requirements. If your home has adequate storm shutters or other windstorm protection, all of which has been inspected and approved by us, on **all exterior glass and skylights,** then a special 2% hurricane deductible will apply if the shutters or other windstorm protection is available for use at the time of loss, as described in your Coverage Summary.

© Copyright 1984 by Chubb & Son Inc.  Form no.  Q6476009


CHUBB

**50% option**
Your policy automatically provides a Rebuilding to code coverage limit of 50%. For Florida premises locations, this important coverage is provided as follows:

- for houses this limit is 50% of the amount of your house coverage;
- for other permanent structures this limit is 50% of the amount of coverage provided for your other permanent structures; and
- for condominium, cooperative, or renters units this limit is 50% of the amount of coverage provided for your additions and alterations for your unit.

**25% option**
You may select a Rebuilding to code coverage limit of 25%. If you want to make this selection, please contact your agent or broker. In the event that you do not make this selection, your Rebuilding to code coverage limit will remain at 50%.

If you have chosen the lower available percentage of 25% of coverage for Rebuilding to code and rejected the 50% automatically provided in your policy for your Florida premises location, this lower amount of coverage is shown in your Coverage Summary. You may elect to increase this lower amount of coverage for Rebuilding to code to 50% at any time.

If you have any questions, your agent or broker is always your best source of advice.

© Copyright 1984 by Chubb & Son Inc.   Form no.  Q6476009

INSURED 10/19/09 23.34.34

040507012307

# *Masterpiece*®


CHUBB

---

**Name and address of Insured**
WALDEMAR AND ALTHEA GONZALEZ
7548 DUNBRIDGE DR
ODESSA, FL 33556

**Effective Date** 10/30/06
**Policy no.** 13135823-01
**Issued by** Federal Insurance Company
a stock insurance company
incorporated in Indiana
**Policy period** 10/30/06 to 10/30/07

**If you have any questions, please contact**
INSURANCE INTERMEDIARIES(JOHN R
WEACHTER)
6460 BUSCH BLVD #100
COLUMBUS, OH 43229-1737
614-846-1111

## Florida Premium Discounts for Hurricane Loss Mitigation

The risk of loss from a hurricane is something that each Floridian faces. We know that hurricanes cannot be prevented, but many Floridians are not aware there are things they can do to better protect their property from damage or destruction. Certain construction techniques and features are very effective in protecting your property. If your property has these unique characteristics, you may qualify for a **discount on your property insurance premiums** unless we exclude coverage for wind.

### What are some of the construction techniques and features?

There are many different construction techniques and features. Some of the most common generally fall into one of the categories listed below.

Refer to your Rate Sheet for your Florida residence(s) to determine if any of the following credits have been applied to your premium. If you are eligible for a credit that has not already been applied, contact your agent or broker.

Residences that satisfy the 2001 Florida Building Code or the South Florida Building Code and have already received these construction code credits are not eligible for the other hurricane loss mitigation credits.

| 2001 Florida Building Code Compliance (FBC) | |
| --- | --- |
| Homes built in compliance with the 2001 Florida Building Code or homes retrofitted to comply with all of the construction standards receive a significant discount as a result of the features required by the new code.<br><br>*How do I get this discount: If your residence was built on or after March 2002, you qualify to receive this credit. If your residence was built prior to March 2002 and has been retrofitted to comply with all of the construction standards, a Chubb Appraiser must confirm if your residence complies with the 2001 Florida Building Code.* | Up to 10% |

© Copyright 1984 by Chubb & Son Inc.   Form no.  Q6408065

INSURED 10/19/09 23.34.34

040507012307



CHUBB

| Roof to Wall Connectors | |
|---|---|
| Anchor bolts or ties anchored to the top plate of the wall using nails driven through the rafter/truss and attached to the top plate of the wall; or single-wrap straps, double-wrap straps or clips installed on each truss/rafter and attached to the wall frame. *How do I get this discount: This requires independent certification from a licensed expert.* | Up to 3% |

**Calculating Your Discount**

**There are several important facts that you must understand prior to estimating any discounts to which you may be entitled. They are as follows:**

First, the discounts for the construction techniques and features listed above are not cumulative. In other words, **you simply cannot add up the above items to arrive at your discount.** These construction techniques and features work together and your total discount is a function of all the property's features.

Second, as noted above, some of these construction techniques and features require independent certification from a licensed expert.

**Now that we understand a little more about the application of the discounts, let's look at some examples. All of the examples below are for a residential structure. The policy premium is assumed to be $1,000 after application of the deductible credits and prior to any discounts.**

**Example #1**

Construction techniques and features for a home constructed in 2003:

- Complies with the minimum requirements of the 2001 Florida Building Code
- No Shutters
- No Hip Roof Shape

Applicable discount based on the techniques and features discount is 10%

Policy Premium $1,000
Less (discount of 10%   X   Policy premium  =  $100)

**New Policy Premium after discounts $900**

© Copyright 1984 by Chubb & Son Inc.   Form no. Q6409065

*Masterpiece*® 

CHUBB

**Name and address of Insured**

WALDEMAR AND ALTHEA GONZALEZ
7548 DUNBRIDGE DR
ODESSA, FL 33556

**Effective Date** 10/30/06
**Policy no.** 13135823-01
**Issued by** Federal Insurance Company
a stock insurance company
incorporated in Indiana
**Policy period** 10/30/06 to 10/30/07

**If you have any questions, please contact**
INSURANCE INTERMEDIARIES(JOHN R
WEACHTER)
6460 BUSCH BLVD #100
COLUMBUS, OH 43229-1737
614-846-1111

## FAIR CREDIT NOTICE

This notice is being furnished to you pursuant to the Fair Credit Reporting Act. We have received information
which may have caused us to increase your premium. This decision was based in whole or in part on
information provided in your consumer report. Your consumer report was either a Motor Vehicle Report
(MVR) or a Comprehensive Loss Underwriting Exchange (CLUE) report, not a credit report.

ChoicePoint or Agency Records prepared this report. However, these agencies did not make the decision to
take this adverse action against you and cannot provide you with any specific reasons why the decision was
made.

You are entitled to obtain a free copy of the consumer report directly from ChoicePoint or Agency Records
by contacting them using the information listed below. You will need to provide positive identification such as
a copy of your driver's license, passport or birth certificate.

ChoicePoint
Consumer Disclosure Center
P.O. Box 105108
Atlanta, Georgia 30348-6004
1-800-456-6004

If you have a Pennsylvania driver's license and your vehicle detail premium summary indicates the addition of
motor vehicle violations, your report was prepared by:

Agency Records
27 Garfield Street
Newington, Connecticut 06111
1-800-777-6655

Under the Fair Credit Reporting Act, you are also afforded the right to dispute the accuracy or completeness
of any information contained in the report, which you believe to be inaccurate or incomplete. In order to
resolve these disputes, you must contact Choicepoint or Agency Records, using the address or the
telephone number listed above, within 60 days of this notice. That Consumer Reporting Agency will
investigate the matter and issue an updated report within thirty (30) days.

© Copyright 1984 by Chubb & Son Inc.   Form no. Q6600001 (Ed. 2-02)

INSURED 10/16/09 23:34:34

0405070122

# *Masterpiece*®



CHUBB

**Name and address of Insured**

WALDEMAR AND ALTHEA GONZALEZ
7548 DUNBRIDGE DR
ODESSA, FL 33556

**Effective Date** 10/30/06
**Policy no.** 13135823-01
**Issued by** Federal Insurance Company
a stock insurance company
incorporated in Indiana
**Policy period** 10/30/06 to 10/30/07

**If you have any questions, please contact**
INSURANCE INTERMEDIARIES(JOHN R
WEACHTER)
6460 BUSCH BLVD #100
COLUMBUS, OH 43229-1737
614-846-1111

## IMPORTANT NOTICE

We are required by Florida Statutes to provide you with an outline of automobile and homeowners coverage. The following is not your actual insurance policy, but rather a brief description of your *Masterpiece*®policy. You must read the terms, conditions and exclusions of your *Masterpiece* policy for the precise coverage afforded. Not all of the coverages outlined below may apply to you; direct your attention to the coverages you have purchased. This outline of coverage is for information purposes only. It is the express intent of ss.627.4143, Florida Statutes, that this outline shall not be construed to modify any of the provisions of the legal insurance contract that is the subject of this outline.

### Outline of Available Florida Automobile Coverages

If you have purchased automobile coverage for your vehicles garaged in Florida, your Coverage Summary lists the vehicles, coverages and deductibles you have purchased. Your Premium Summary and Vehicle Detail Premium Summary provide premium information including credits and/or surcharges which apply to you. Please refer to these documents for your specific coverages and premiums.

Vehicle Liability Coverage: This covers your legal liability for bodily injury to others (Bodily Injury Liability) or damage to their property (Property Damage Liability). Florida law requires you to have Property Damage Liability coverage. An amount of coverage for Vehicle Liability if shown in your Coverage Summary provides bodily injury and property damage coverage. Vehicle Liability Coverage also includes $10,000 of coverage for Medical payments. In addition, we automatically provide coverage for vehicles you rent while on vacation (for up to 90 days). The principal exclusions (items not covered by the policy) for this coverage are for: 1) motor vehicles owned by you or a family member furnished or available for the regular use of you or a family member which have not been specifically covered under the policy, 2) claims for injuries to any person sustained while occupying any motor vehicle having less than four wheels, 3) intentional acts and 4) non-permissive use.

Personal Injury Protection (PIP): This covers you, your family members and certain others, for bodily injuries resulting from auto accidents, without regard to fault. Payments for Basic Personal Injury Protection are: 1) 80% of medical expenses, and 60% for loss of income, replacement household services and 2) a death benefit up to $5,000 per person; up to a total aggregate limit of $10,000. If purchased, payments for Extended Personal Injury Protection include: 1) reasonable medical expenses, 80% for loss of income,

© Copyright 2003 by Chubb & Son Inc.   Form no. Q6403020

04050701230



1) injuries sustained in motor vehicles you or family members own which have not been specifically covered under the policy, 2) injuries to other vehicle owners required by law to have their own coverage, 3) intentional acts, and 4) non-permissive use.

Uninsured Motorists Protection: If purchased, this coverage pays for bodily injuries to you, family members and certain others, resulting from the negligence of others. It pays when the at-fault party has no liability insurance, or liability coverage with limits not adequate to pay for the damages incurred, or if injuries result from a hit-and-run vehicle. You may choose "stacked" or "non-stacked" coverage. The principal difference between these two forms is that the total amount of protection under the stacked form is the sum of the limits applicable to each vehicle insured, whereas under the non-stacked form the limit stated applies per accident regardless of how many vehicles you own or insure. The principal exclusions (items not covered by the policy) for this coverage are for: nonpermissive use and vehicles not included under the definition of "covered vehicle" in the policy.

Vehicle Physical Damage Coverage: If purchased, collision covers damage to your car resulting from overturning or impact with another object. Comprehensive provides coverage for physical loss to your car for perils not excluded. The principal exclusions to comprehensive and collision (items not covered by the policy) are: 1) intentional acts, 2) damage to portable electronic and sound equipment, and 3) tapes and discs. In addition, if you have Vehicle Physical Damage Coverage, your policy contains other coverages that add or broaden coverage. The principal coverages are: 1) towing, 2) loss of use, 3) permanent sound equipment, 4) air bags, 5) lock replacement, and 6) coverage for newly acquired vehicles.

Nonrenewal and Cancellation Provisions: You may cancel your vehicle coverage at any time after PIP and Vehicle Liability Coverage have been in effect for 60 days. When PIP and Vehicle Liability Coverage have been in effect for less than 60 days you may cancel only if your covered vehicle is totally destroyed, you transfer ownership of your covered vehicle, or you purchase a vehicle policy that replaces this policy. This provision applies to both a new policy and a renewal. Under conditions where we cancel or refuse to renew your policy, we will notify you in writing. This notice will be mailed to you within the timeframes required by law and will include the reason(s) for cancellation or nonrenewal.

## Outline of Available Florida Homeowner Coverages

Homeowner policies are designed to provide coverage for the following: your house, condominium, cooperative or rental unit, other structures on your property that you own; your contents or personal belongings; loss of use of your house, condominium, cooperative, or rental unit and personal liability.

If you have purchased coverage for your residence(s) in Florida, your Coverage Summary lists your residences, coverages, limits and deductibles. Your Premium Summary and Rate Sheet provide premium information including credits and/or surcharges which apply to you. Please refer to these documents for your specific coverages and premiums.

The following is a brief description of each of the principal coverage features.

Deluxe House Coverage: If purchased, this coverage pays for all risk of physical loss to your house. In addition, your policy contains other coverages that add or broaden coverage. The principal coverages are: 1) other permanent structures, 2) additional living expenses, 3) land, 4) landscaping, 5) debris removal, 6) rebuilding to code, and 7) mold remediation expenses. The principal exclusions (items not covered by the policy) for this coverage are loss caused by: 1) earthquake 2) earth movement, other than sinkhole activity, 3) water damage from flood and other surface water, 4) neglect, 5) contamination, 6) intentional acts, 7) negligent planning, construction, or maintenance, 8) fungi and mold, and 9) war and nuclear hazards.

© Copyright 2003 by Chubb & Son Inc.   Form no. Q5409020



CHUBB

**IMPORTANT: If you have any of the coverages described above for a residence in Florida, a special hurricane deductible applies to that residence. This special hurricane deductible is shown in your Coverage Summary. If you have any of the following coverages for a Florida residence, loss caused by wind or hail is NOT covered for that residence.**

> **Deluxe House Coverage Wind/Hail Excluded (WHE)**
> **Deluxe Contents Coverage Wind/Hail Excluded (WHE)**
> **Standard Contents Coverage Wind/Hail Excluded (WHE)**
> **Fire Contents Coverage Wind/Hail Excluded (WHE)**
> **Deluxe Condominium Coverage Wind/Hail Excluded (WHE)**
> **Standard Condominium Coverage Wind/Hail Excluded (WHE)**
> **Deluxe Cooperative Coverage Wind/Hail Excluded (WHE)**
> **Standard Cooperative Coverage Wind/Hail Excluded (WHE)**
> **Deluxe Renters Coverage Wind/Hail Excluded (WHE)**
> **Standard Renters Coverage Wind/Hail Excluded (WHE)**

Personal Liability Coverage: If purchased, this part of your policy provides you with coverage for damages you or a family member may be legally obligated to pay for personal injury or property damage to others, arising out of your residence or the personal activities of you and your family members away from the residence. In addition, your policy contains coverage that adds or broadens coverage such as: 1) medical payments to others, 2) credit cards, forgery, and counterfeiting, 3) rented or borrowed vehicles, and 4) fungi and mold. The principal exclusions (items not covered by this policy) for this coverage are for: 1) motorized land vehicles except those covered under rented or borrowed vehicles, 2) large watercraft, 3) some types of business pursuits, 4) intentional acts, 5) discrimination, 6) illness, 7) covered person's or dependent's personal injury, 8) parental liability, 9) entrustment, and 10) fungi and mold, other than as provided under the extra coverage, fungi and mold.

Nonrenewal and Cancellation Provisions: You may cancel the policy at any time for any reason. Our rights to cancel or nonrenew your policy are limited to those conditions described in your policy. If we intend to cancel or refuse renewal of your policy, we must send you a notice telling the reasons for our action and give you advance notice of the cancellation or nonrenewal date.

© Copyright 2003 by Chubb & Son Inc.   Form no. Q6409020

# *Masterpiece*®   **Premium Summary**



CHUBB

WALDEMAR AND ALTHEA GONZALEZ
7548 DUNBRIDGE DR
ODESSA, FL 33556

**Page  1**
**Effective Date** 10/30/06
**Policy no.** 13135823-01
**Policy period** 10/30/06 to 10/30/07
**Producer name** INSURANCE INTERMEDIARIES(JOHN
R WEACHTER)

We are pleased to enclose your Chubb Masterpiece Policy, which includes an annual premium **savings of  $275** as listed below.

This chart shows at a glance what coverages you have and the related premiums.

|  | Property covered | Coverage | Premium |
|---|---|---|---|
| **Homes and Contents** | HOUSE AT 7548 DUNBRIDGE DR ODESSA, FL | HOME, CONTENTS, LIABILITY | $    3,141.00 |
| **Valuable Articles** | JEWELRY | VALUABLE ARTICLES | $     102.00 |
| **State Assessment** |  |  | $       2.00 |
| **Total Premium** |  |  | $    3,245.00 |

Your policy includes a Coverage Summary and policy provisions that explain your coverage in more detail.

**Chubb Masterpiece provides many different credits for home, valuable articles, automobile and excess liability coverages. We recommend that you contact your agent or broker for an annual review to ensure that your coverages, policy limits and available credits are accurate and meet your personal insurance needs.**

**Your policy provides the following annual premium credits for the coverages listed below:**

Your homeowners premium was reduced by  $275 as a result of one or more credits.

**A statement and bill has been sent to your mortgagee for a portion of the premium.**

If you choose one of our convenient installment plans, your payments will be slightly higher than the premium shown above because of the small service charge.

We appreciate your business. Since 1882, personal service and comprehensive coverages have been the hallmarks of the Chubb Group of Insurance Companies.

Thank you for insuring through Chubb.

© Copyright 1984 by Chubb & Son Inc.  Form no.  Q0700000 05/85

INSURED  10/19/09  23.34.34

*Masterpiece*® 

CHUBB

## PRIVACY POLICY AND PRACTICES

Chubb has been serving the insurance needs of our customers for more than a century. To continue to provide innovative products and services that respond to your insurance needs, Chubb collects certain personal information about you, which is described below in **The Personal Information We Collect.** At Chubb, we respect the privacy of our customers. We do not sell or share our customer lists with anyone else for the purpose of marketing their products to you. Chubb's personal information handling practices are regulated by law and this Privacy Policy describes those practices.

### Chubb's Privacy Policy

**The Personal Information We Collect.** Chubb collects personal information about you and the members of your household to conduct business operations, provide customer service, offer new products, and satisfy legal and regulatory requirements.

We may collect the following categories of information about you from these sources:

- Information from you directly or through your agent, broker or automobile assigned risk plan, including information from applications, worksheets, questionnaires, claim forms or other documents (such as name, address, driver's license number and amount of coverage requested).

- Information about your transactions with us, our affiliates or others (such as products or services purchased, claims made, account balances and payment history).

- Information from a consumer reporting agency (such as motor vehicle reports).

- Information from other non-Chubb sources (such as prior loss information and demographic information).

- Information from visitors to our web sites (such as that provided through online forms and online information-collecting devices known as "cookies"). Chubb does not use "cookies" to retrieve information from a visitor's computer that was not originally sent in a "cookie".

**"Opt Out" Option**
The law permits certain types of disclosures, such as for the processing of the insurance transaction without allowing an opt out. Chubb does not have an opt out option as we do not disclose your personal information to nonaffiliated third parties other than as described below. Therefore, no action is required by you.

**The Personal Information We Share.** Chubb may disclose the personal information we collect only to service, process or administer business operations such as underwriting and claims, and for other purposes such as the marketing of products or services, regulatory compliance, the detection or prevention of fraud, or as otherwise required or allowed by law. These disclosures may be made without prior authorization from you, as permitted by law.

**Sharing Personal Information With Others.** Chubb may disclose the personal information we collect to affiliated and nonaffiliated parties for processing and servicing transactions, such as reinsurers, insurance agents or brokers, property and automobile appraisers, auditors, claim adjusters and third party administrators. For example, Chubb may disclose personal information to our affiliates and other parties that perform services for us such as customer service or account maintenance. Specific examples include mailing information to you and maintaining or developing software for us. Chubb may also disclose personal information to nonaffiliated parties as permitted by law. For example, we may disclose information as required in response to a subpoena, to detect or prevent fraud or to comply with an inquiry or requirement of a government agency or regulator.

© Copyright 1984 by Chubb & Son Inc.   Form no. 0799990 (Rev. 9-01)

INSURED  10/19/09  23.34.34

04050701230

# *Masterpiece*®

**Coverage Summary**



CHUBB

**Name and address of Insured**

WALDEMAR AND ALTHEA GONZALEZ
7548 DUNBRIDGE DR
ODESSA, FL 33556

**Page** 1
**Effective date** 10/30/06
**Policy no.** 13135823-01
**Issued by** Federal Insurance Company
a stock insurance company
incorporated in Indiana
**Policy period** 10/30/06 to 10/30/07

**If you have any questions, please contact**
INSURANCE INTERMEDIARIES(JOHN R
WEACHTER)
6460 BUSCH BLVD #100
COLUMBUS, OH  43229-1737
614-846-1111

This Coverage Summary is part of your policy. **PLEASE READ YOUR POLICY CAREFULLY, INCLUDING THIS COVERAGE SUMMARY, FOR A COMPLETE DESCRIPTION OF YOUR COVERAGES.**

## *Homes and Contents*

## *THIS POLICY CONTAINS A SEPARATE DEDUCTIBLE FOR HURRICANE LOSSES, WHICH MAY RESULT IN HIGH OUT-OF-POCKET EXPENSES TO YOU.*

Your policy provides coverage against physical loss if your home or its contents are damaged, destroyed, or lost. The kinds of losses that are covered, and any special limits that apply, are explained in detail in the policy.

| Address | Dwelling | Contents |
|---|---|---|
| HOUSE AT 7548 DUNBRIDGE DR ODESSA, FL | $750,000 DELUXE COVERAGE | $375,000 DELUXE COVERAGE |
|  | EXTENDED REPLACEMENT COST | REPLACEMENT COST |

The base deductible for each occurrence is  $5,000. We will waive the base deductible for covered losses of more than $50,000 except for covered losses subject to any special deductibles. Special deductibles include the vacant house deductible, water backup deductible, wind or hail deductible, and earthquake deductible.

For Florida locations, special deductibles only include the vacant house deductible, hurricane deductible, and earthquake deductible.

## Additional coverages or conditions

© Copyright 1984 by Chubb & Son Inc.  Form no.  Q0802000 05/85

INSURED 10/19/09 23.34.34

040507012307

Coverage Summary 

CHUBB

**Page** 3
**Effective date** 10/30/06
**Policy no.** 13135823-01
**Name** WALDEMAR AND ALTHEA GONZALEZ

## Homes and Contents
(Continued)

remediation expenses and temporary relocation expenses, regardless of the number of covered losses that occur during the policy period, is $20,000.
**Important notice regarding mold remediation expenses**
This amount of coverage for mold remediation expenses cannot be increased except upon a renewal of this policy, subject to underwriting acceptance.

**Florida required notice**
For Florida locations, the following notice is required by the state of Florida. Note that your policy includes coverage for Rebuilding to code (law and ordinance).

## Law and ordinance coverage is an important coverage that you may wish to purchase. You may also need to consider the purchase of flood insurance from the National Flood Insurance Program. Without this coverage, you may have uncovered losses. Please discuss these coverages with your insurance agent.

## Valuable Articles

This policy provides you with coverage against physical loss if your valuable articles are lost, damaged, or destroyed. The kinds of losses that are covered, and any special limits that apply, are explained in detail in the policy.

### Blanket coverage

We will pay up to the amount shown in the following chart for each category of valuable articles. However, the most we will pay for any one article is the blanket limit per item shown for that category.

### Itemized articles

The amount of coverage for your valuable articles is shown in the following chart. A list of your itemized valuable articles, and the specific coverage amounts, can be found at the end of the Coverage Summary.

| Class | Amount of blanket coverage | Blanket limit per item | Amount of itemized coverage |
|-------|---------------------------|------------------------|-----------------------------|
| JEWELRY | $      5,000 | $      10,000 | NO COVERAGE |

**There is no deductible for this coverage.**

© Copyright 1984 by Chubb & Son Inc.   Form no.  C08O2000 05/95

INSURED 10/19/09 23.34.34

040507012307

# *Masterpiece*®

**Additional Interests Summary**



CHUBB

**Name and address of Insured**

WALDEMAR AND ALTHEA GONZALEZ
7548 DUNBRIDGE DR
ODESSA, FL 33556

**Page 1**
**Effective date** 10/30/06
**Policy no.** 13135823-01
**Issued by** Federal Insurance Company
a stock insurance company
incorporated in Indiana
**Policy period** 10/30/06 to 10/30/07

**If you have any questions, please contact**
INSURANCE INTERMEDIARIES(JOHN R
WEACHTER)
6460 BUSCH BLVD #100
COLUMBUS, OH  43229-1737
614-846-1111

This summary lists the Additional Interests you have requested to be shown on your policy. We notify each Additional Interest separately. Regardless of the number of Additional Interests shown on your policy, the amount of coverage for any one occurrence does not increase.

## *Mortgagee*

This section shows the Mortgagee(s) for your home(s) shown below.

| Address | Mortgagee |
|---|---|
| HOUSE AT<br>7548 DUNBRIDGE DR<br>ODESSA, FL | HOMECOMINGS FINANCIAL<br>ISAOA<br>PO BOX 100585<br>FLORENCE, SC  29501<br><br>Loan Number 0418850434 |

© Copyright 1984 by Chubb & Son Inc.  Form no.  Q6010000 10/89

INSURED 10/19/09 23.34 34

040507012307

# Masterpiece®

**Rate Sheet**


CHUBB

**Name and address of Insured**

WALDEMAR AND ALTHEA GONZALEZ
7548 DUNBRIDGE DR
ODESSA, FL 33556

**Page** 1
**Effective Date** 10/30/06
**Policy no.** 13135823-01
**Issued by** Federal Insurance Company
**Inception date** 10/30/06
**Subproducer number** 042

## Home and Contents

|  |  | Location no.1 |
|---|---|---|
| **Basic premium** | Coverage | DELUXE HOUSE $750,000 |
|  |  | DELUXE CONTENTS $375,000 |
|  |  | PERSONAL LIABILITY $500,000 |
|  | Deductible | $5,000 2% HURR |
|  | Territory | 007 |
|  | Burglar alarm | YES |
|  | Fire station within 5 miles | YES |
|  | Fire hydrant 1000 feet | YES |
|  | Fire alarm | YES |
|  | **Basic premium** | **$3435** |
| **Percent adjustments** | New home credit | -5.0% (2000) |
|  | *Building code effectiveness grading (BCEGS) | -3.0% |
|  | **Roof shape hip credit | -3.0% |
|  | **Net percent adjustment** | **-11.0%** |
|  | **Adjusted basic premium** | **$3057** |

*The BCEGS program rate adjustment credit range is 0% - 11%. If your community does not participate in this program, a 1% surcharge applies.

| **Dollar adjustments** | Liability surcharge | + $84 |
|---|---|---|
|  | **Net dollar adjustment** | **+ $84** |
|  | **Adjusted premium** | **$3141** |

© Copyright 1984 by Chubb & Son Inc.   Form no.  Q1600000 05/85

INSURED  10/18/09 23.34.34



CHUBB

Page 3
Effective Date 10/30/06
Policy no. 13135823-01
Name WALDEMAR AND ALTHEA GONZALEZ

## *Valuable Articles*
(Continued)

| | Type of article | Amount of coverage | Dollar rate per $100 | Premium |
|---|---|---|---|---|
| Coverage | Jewelry  first $25,000 | $5,000 | 2.04250 | $102 |
| Valuable articles premium | | | | $102.00 |
| Total net premium | | | | $3,245.00 |

© Copyright 1984 by Chubb & Son Inc.   Form no.  Q1600000 05/85

INSURED  10/16/09  20.34.34

040507012307

# Masterpiece®

**Table of Contents**



CHUBB

**Name and address of insured**

WALDEMAR AND ALTHEA GONZALEZ
7548 DUNBRIDGE DR
ODESSA, FL 33556

**Effective date** 10/30/06
**Policy no.** 13135823-01
**Issued by** Federal Insurance Company
a stock insurance company
incorporated in Indiana
**Policy period** 10/30/06 to 10/30/07

**If you have any questions, please contact**
INSURANCE INTERMEDIARIES(JOHN R WEACHTER)
6460 BUSCH BLVD #100
COLUMBUS, OH 43229-1737
614-846-1111

This table of contents lists your policy provisions. Please attach this table of contents to your policy so you have a current list of your coverages at all times.

## Contents

| Chapter | Edition Date | State | Page |
| --- | --- | --- | --- |
| Introduction | | | A-1 |
| Deluxe House Coverage | 10/05 | FLA | B-1 |
| Deluxe Contents Coverage | 04/03 | FLA | C-1 |
| Valuable Articles Coverage | 05/05 | FLA | N-1 |
| Personal Liability Coverage | 06/04 | FLA | T-1 |
| Policy Terms | 06/04 | FLA | Y-1 |
| Policy Information Notice | 04/03 | FLA | |

© Copyright 1994 by Chubb & Son Inc.   Form No.Q0903000 05/85

*Masterpiece*® ***Introduction*** 

CHUBB

This is your Chubb Masterpiece Policy. Together with your Coverage Summary, it explains your coverages and other conditions of your insurance in detail.

This policy is a contract between you and us. **READ YOUR POLICY CAREFULLY** and keep it in a safe place.

## Agreement

We agree to provide the insurance described in this policy in return for your premium and compliance with the policy conditions.

## Definitions

In this policy, we use words in their plain English meaning. Words with special meanings are defined in the part of the policy where they are used. The few defined terms used throughout the policy are defined here:

**You** means the person named in the Coverage Summary, and a spouse who lives with that person.

**We** and **us** mean the insurance company named in the Coverage Summary.

**Family member** means your relative who lives with you, or any other person under 25 in your care or your relative's care who lives with you.

**Policy** means your entire Masterpiece Policy, including the Coverage Summary and any Mortgagee's Coverage Summary.

**Coverage Summary** means the most recent Coverage Summary we issued to you, including any subsequent Coverage Updates.

**Occurrence** means a loss or accident to which this insurance applies occurring within the policy period. Continuous or repeated exposure to substantially the same general conditions unless excluded is considered to be one occurrence.

**Business** means any employment, trade, occupation, profession, or farm operation including the raising or care of animals.

© Copyright 1985 by Chubb & Son Inc. Form no. 0200000 5/85

04050701230Z

# *Masterpiece*®

**Deluxe House
Coverage**



CHUBB

This part of your Masterpiece Policy provides you with coverage against all risk of physical loss to your house unless stated otherwise or an exclusion applies.

"House" means the main one-family or two-family dwelling at each Florida location named in the Coverage Summary.

---

## Payment for a Loss

### Amount of coverage
The amount of coverage for each house is shown in the Coverage Summary. At the time of a covered loss, the amount of coverage for your house will be adjusted to include any increase in the United States Consumer Price Index calculated from the beginning of the policy period.

To help you and us agree on the appropriate amount of coverage, we may, but are not obligated to, conduct appraisals of your house and also make periodic adjustments to the amount of coverage. To maintain an appropriate amount of coverage, it is your duty to advise us of additions, alterations or renovations to your house.

### Deductibles
A deductible is that amount we will subtract from the amount of a covered loss we pay. Either the base deductible listed in the Coverage Summary or one of the special deductibles applies to each occurrence, unless stated otherwise.

**Vacant house deductible.** In lieu of the base deductible, a 5% vacant house special deductible applies to each occurrence if your house has been substantially empty of furnishings and contents for more than 30 consecutive days at the time of a covered loss, and you did not notify us it would be vacant. This deductible applies to your house, contents and extra coverages. The dollar amount of this deductible is equal to 5% of the amount of coverage for the house at the time of a covered loss. If your house coverage amount is increased because of extended replacement cost, the deductible will be based on the increased amount. However, if the dollar amount of the base deductible is greater than the dollar amount of the vacant house deductible, the base deductible applies.

### Payment basis
Your Coverage Summary indicates the payment basis for each house.

"Reconstruction cost" means the lesser of the amount required at the time of loss to repair, replace, or rebuild, at the same location, your house or any other permanent structure, using like design, and materials and workmanship of comparable kind and quality.

"Reconstruction cost" does not include deduction for depreciation or any amount required for:
- the excavation, replacement or stabilization of land under or around your house or any other permanent structure;
- conforming to any law or ordinance that regulates the repair, replacement, rebuilding, or demolition of your house or any other permanent structure; or
- removing the debris of a covered loss or the property that caused a covered loss.

© Copyright 1985 by Chubb & Son Inc. Form no. 0800009 5/85

7/27/06 11:05:08

115

04050701230Z

**Deluxe House**
**Coverage**


CHUBB

## Payment for a Loss
(continued)

**The following payment basis option includes deduction for depreciation:**

**Conditional replacement cost.** If the payment basis is conditional replacement cost, our payment will be the greater of the following:
- the reconstruction cost less depreciation; or
- the proportion of the covered loss to your house or other permanent structure determined by dividing the amount of coverage for your house as shown in the Coverage Summary by 80% of the amount required to rebuild your entire house.

However, our payment will not exceed the lesser of:
- the reconstruction cost; or
- the amount of coverage for your house as shown in the Coverage Summary or the amount of coverage for other permanent structures.

## Deluxe House Coverage

In Deluxe House Coverage, a "covered loss" includes **all risk** of physical loss to your house unless stated otherwise or an exclusion applies. Exclusions to this coverage are described in **Exclusions.**

## Extra Coverages

In addition to covering the physical loss to your house, we also provide many related coverages. These payments are in addition to the amount of coverage for your house unless stated otherwise or an exclusion applies. The deductibles apply to Extra Coverages unless stated otherwise. Exclusions to these coverages are described in **Exclusions.**

### Other permanent structures
We cover other permanent structures on the grounds of your house. For each occurrence, we will pay up to a total of 20% of the amount of house coverage for the location at which a covered loss to these structures occurs, plus any additional amount of coverage shown in the Coverage Summary for "other permanent structures" at this location. The same payment basis applies to other permanent structures as to the house itself.

© Copyright 1985 by Chubb & Son Inc. Form no. 0800009 5/85
7/27/08 11:05:08

040507012307

*Deluxe House*
Coverage



CHUBB

## Extra Coverages
(continued)

### Tree removal
Unless covered elsewhere under this policy, we will pay the reasonable expenses you incur up to a total of $1,000 for each occurrence to remove trees fallen due to wind, hail, sleet or the weight of ice or snow. These payments apply only to fallen trees at a location shown in the Coverage Summary.

### Fire department charges
If a fire department is called to protect your house or its grounds against a covered loss, we will pay up to $1,000 for any charges imposed by law or assumed by written agreement. There is no deductible for this coverage.

### Lock replacement
If the keys to your house are lost or stolen, we will pay the cost of replacing the locks, up to $500. But you must notify us in writing within 72 hours of discovering the loss. There is no deductible for this coverage.

### Debris removal
We cover the reasonable expenses you incur to remove debris of a covered loss and of the property that caused a covered loss. We will pay up to 30% of the amount of coverage for your house at this location as shown in your Coverage Summary. The amount of coverage for debris removal will not be affected by any increase in the amount of house coverage caused by the application of extended replacement cost payment basis as provided in this policy.

### Temporary precautionary repairs
After a covered loss, we cover the reasonable expenses you incur for necessary temporary precautionary repairs made solely to protect your house or other permanent structure against further covered damage. These payments do not increase the amount of coverage for your house or other permanent structures.

### Construction materials
We cover the materials and supplies owned by you at each location listed in the Coverage Summary for use in the construction, alteration, and repair of your house or other permanent structures. These payments apply only to a covered loss, and they do not increase the amount of coverage for your house or other permanent structures.

### Rebuilding to code
After a covered loss, we cover the costs you incur to conform to any law or ordinance that regulates the repair, replacement, rebuilding, or demolition of your house or other permanent structure made necessary by the covered loss, including removal of any resulting debris. This coverage does not apply unless you repair, replace, or rebuild your house or other permanent structure at a location in the state of Florida.

© Copyright 1985 by Chubb & Son Inc. Form no. 0800009 5/85
7/27/06 11:05:08

116

040507012307.

## Extra Coverages
(continued)

For each occurrence caused by sinkhole activity, we will pay up to the amount of coverage for the house at which the loss occurs or the amount of coverage for the other permanent structure. However, if the repair of the covered loss has begun and the engineer determines that the repair costs will exceed the amount of coverage for your house or other permanent structure, our payment will be the lesser of:
• the amount to complete the repairs as recommended by the engineer; or
• the amount of coverage for your house or other permanent structure, without reduction for the repair costs already incurred.
The amount of coverage for sinkhole activity will not be affected by any increase in the amount of house coverage caused by the application of extended replacement cost payment basis as provided in this policy. These payments do not increase the amount of coverage for your house or other permanent structures.

"Sinkhole loss" means structural damage to the building, including the foundation, caused by sinkhole activity.

"Sinkhole activity" means settlement or systematic weakening of the earth supporting such property only when such settlement or systematic weakening results from movement or raveling of soils, sediments, or rock materials into subterranean voids created by the effect of water on a limestone or similar rock formation.

"Sinkhole" means a landform created by subsidence of soil, sediment, or rock as underlying strata are dissolved by ground water. A sinkhole may form by collapse into subterranean voids created by dissolution of limestone or dolostone or by subsidence as these strata are dissolved.

## Mold remediation expenses
We provide coverage for mold remediation expenses you incur, made necessary by a covered loss to your house, other permanent structure, or to contents if contents coverage is provided under this policy. We will pay up to the amount of coverage shown in the Coverage Summary for mold remediation expenses at this location for each occurrence. The most we will pay for the sum of all mold remediation expenses and temporary relocation expenses, regardless of the number of covered losses that occur during the policy period, is also shown in the Coverage Summary. This coverage applies only to the portion of the house, other permanent structure or contents, which directly sustained the covered loss. These payments do not increase the amount of coverage for your house, other permanent structures, or contents.

"Mold remediation" means the reasonable and necessary costs not otherwise covered for:
• testing the indoor air quality for mold;
• testing the surfaces and materials of your house, other permanent structure or contents for mold;
• developing a mold remediation plan; and
• implementing a mold remediation plan including the clean up, removal, containment, treatment, or disposal of mold.
"Mold remediation" also means the reasonable and necessary costs, including the increased cost, not otherwise covered for:
• removing debris solely due to mold;
• repairing or replacing covered property damaged or removed solely due to mold; and
• tearing out and replacing any part of the building or other covered property as needed to gain access to the mold.

Case 8:10-cv-01375-JDW-TGW   Document 2   Filed 06/18/10   Page 33 of 54



CHUBB

## Exclusions
(continued)

**Special rules for escaping water.** If any of the causes of loss previously described in the exclusions for Gradual or sudden loss, Contamination, Loss by animals, or Structural movement cause water to escape from within a household appliance, swimming pool, or plumbing, heating, or air conditioning system, we cover the loss caused by the water. We provide this coverage unless an exclusion applies other than the exclusions for Gradual or sudden loss, Contamination, Loss by animals, or Structural movement. This coverage also includes the cost of tearing out and replacing any part of the house or other permanent structure necessary to repair the appliance, swimming pool, or system. We do not cover loss to the appliance, swimming pool, or system itself.

**Freezing water.** We do not cover any loss caused by water freezing in a plumbing, heating, or air conditioning system, or household appliance if the house is vacant, unoccupied, or being constructed, unless you used reasonable care to maintain heat in the building or shut off and drained the water system or appliance. But we do insure ensuing covered loss unless another exclusion applies.

**Surface water.** We do not cover any loss caused by:
- flood, surface water, waves, tidal water, or water borne material from any of these;
- overflow of water or water borne material from a body of water;
- run off of water or water borne material from a paved surface, driveway, walkway, patio, or other similar surface; or
- spray from any of these,

from any source, even if driven by wind. But we do insure ensuing covered loss unless another exclusion applies.

**Ground water.** We do not cover any loss caused by water or water borne material in the ground, or by its pressure, leakage, or seepage. But we do insure ensuing covered loss unless another exclusion applies.

**Water damage to outside structures.** We do not cover certain kinds of loss to a fence, pavement, patio, swimming pool, hot tub, septic system, foundation, retaining wall, bulkhead, pier, wharf, dock, or bridge. These are losses caused by freezing, thawing, or the pressure or weight of water or ice, even if the water or ice is driven by wind. But we do insure ensuing covered loss unless another exclusion applies.

**Dampness or temperature.** We do not cover any loss caused by air dampness or temperature extremes.

**Fungi and mold.** We do not provide coverage for the presence of mold, however caused, or any loss caused by mold, other than as provided under the Extra Coverage, Mold remediation expenses. But we do cover mold resulting from fire or lightning unless another exclusion applies. "Mold" means fungi, mold, mold spores, mycotoxins, and the scents and other byproducts of any of these.

**Neglect.** We do not cover any loss caused by your failure to use all reasonable means to protect property before, at, or after the time of a loss.

**Intentional acts.** We do not cover any loss caused intentionally by you or a family member, or by a person directed by you or a family member to cause a loss where the covered person intending to cause the loss will benefit from this insurance. An intentional act is one whose consequences could have been foreseen by a reasonable person.

© Copyright 1985 by Chubb & Son Inc. Form no. 0800009 5/85                    7/27/05 11:05:08

0405070123(

*Masterpiece*® **Deluxe Contents Coverage**

 CHUBB

This part of your Masterpiece Policy provides you with coverage against all risk of physical loss to your contents anywhere in the world unless stated otherwise or an exclusion applies.

"Contents" means personal property you or a family member owns or possesses.

## Payment for a Loss

### Amount of coverage
The amount of coverage for contents at each house is shown in the Coverage Summary. At the time of a covered loss, the amount of coverage for contents will be adjusted to include any increase in the United States Consumer Price Index calculated from the beginning of the policy period.

If a change in the amount of coverage for your house is made, except for a change resulting from the application of the extended replacement cost payment basis, the amount of coverage for contents will be adjusted proportionately. To reduce the possibility of being underinsured, you should periodically review your amount of coverage for contents and request an increase if you feel the amount of coverage is insufficient.

For a covered loss to contents, the amount of coverage depends on where the loss occurs:

**At a house with contents coverage.** If the covered loss takes place at a listed house with contents coverage in this policy, we will pay up to the amount of contents coverage for that house, for each occurrence.

**Away from your residences.** If the covered loss takes place away from any residence you own or live at, for each occurrence we will choose the single listed location on which the payment is to be made, based upon the most favorable combination of the following:
• amount of contents coverage
• payment basis
• type of contents coverage

**At your residence not listed in this policy.** If the covered loss takes place at a residence you own or live at that does not have contents, condominium, cooperative or renters coverage listed in this policy, we will pay up to 10% of the highest amount of contents coverage in this policy, for each occurrence. However, contents in a newly acquired principal residence is not subject to this limitation, for the 60 days immediately after you begin to move your contents there.

In either case, we will choose the single listed location on which the payment is to be made, based upon the most favorable combination of the following:
• amount of contents coverage
• payment basis
• type of contents coverage

### Deductibles
A deductible is that amount we will subtract from the amount of a covered loss we pay. Either the base deductible listed in the Coverage Summary or one of the special deductibles applies to each occurrence, unless stated otherwise.

© Copyright 1985 by Chubb & Son Inc. Form no. 1200009 5/85

4/03/03 14:28:05

040507012307



CHUBB

## Payment for a Loss
(continued)

Collectible stamps, coins, and medals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $5,000
    However, when this property is located in a bank vault or bank safe deposit box, your full
    contents coverage away from your residences will apply for a covered loss.

Guns that are lost, misplaced, or stolen. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $5,000

Grave markers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $5,000

## Deluxe Contents Coverage

In Deluxe Contents Coverage, a "covered loss" includes **all risk** of physical loss to contents unless
stated otherwise or an exclusion applies. Exclusions to this coverage are described in **Exclusions**.

## Extra Coverages

In addition to covering the physical loss to your contents, we also provide other related coverages.
These payments are in addition to the amount of coverage for your contents unless stated
otherwise or an exclusion applies. The deductibles apply to Extra Coverages unless stated
otherwise. Exclusions to these coverages are described in **Exclusions.**

### Business property
We will pay up to $25,000 for a covered loss to business property you own or possess. However, if
a covered loss to electronic data processing property used to conduct your business takes place
away from any residence you own or live at, we will not pay more than $2,500 for each occurrence.
The same payment basis applies to business property as to contents, except that we will pay the
cost of replacing or recreating business data contained in books, records and software if it is
actually replaced or recreated.

  "Business property" means:
- furniture, supplies, equipment, inventory;
- books, records; and
- electronic data processing property;
  used to conduct your business.

  "Electronic data processing property" means:
- electronic data processing equipment, and accessories;
- software; and
- data stored on software.

© Copyright 1985 by Chubb & Son Inc. Form no. 1200009 5/85                    4/03/03 14:28:08

040507012302



---

## *Exclusions*
(continued)

**Gradual or sudden loss.** We do not provide coverage for the presence of wear and tear, gradual deterioration, rust, bacteria, corrosion, dry or wet rot, or warping, however caused, or any loss caused by wear and tear, gradual deterioration, rust, bacteria, corrosion, dry or wet rot, or warping. We also do not cover any loss caused by inherent vice, latent defect or mechanical breakdown. But we do insure ensuing covered loss unless another exclusion applies.

**Contamination.** We do not cover any loss caused by contamination, pollution, smog, or industrial or agricultural smoke.

**Loss by animals.** We do not cover any loss caused by birds, vermin, insects, rodents, or domestic animals. But we do insure ensuing covered loss unless another exclusion applies.

**Special rules for escaping water.** If any of the causes of loss previously described in the exclusions for Gradual or sudden loss, Contamination, or Loss by animals cause water to escape from within a household appliance, swimming pool, or plumbing, heating, or air conditioning system, we cover the loss caused by the water. We provide this coverage unless an exclusion applies other than the exclusions for Gradual or sudden loss, Contamination, or Loss by animals. We do not cover loss to the appliance, swimming pool, or system itself.

**Freezing water.** We do not cover any loss caused by water freezing in a plumbing, heating, or air conditioning system, or household appliance if the house is vacant, unoccupied, or being constructed, unless you used reasonable care to maintain heat in the building or shut off and drained the water system or appliance. But we do insure ensuing covered loss unless another exclusion applies.

**Surface water.** We do not cover any loss caused by:
- flood, surface water, waves, tidal water, or water borne material from any of these;
- overflow of water or water borne material from a body of water;
- run off of water or water borne material from a paved surface, driveway, walkway, patio, or other similar surface; or
- spray from any of these,
from any source, even if driven by wind. But we do insure ensuing covered loss unless another exclusion applies. We also cover surface water damage to contents away from any residence you own or live at, unless another exclusion applies.

**Ground water.** We do not cover any loss caused by water or water borne material in the ground, or by its pressure, leakage, or seepage. But we do insure ensuing covered loss unless another exclusion applies. We also cover ground water damage to contents away from any residence you own or live at, unless another exclusion applies.

© Copyright 1985 by Chubb & Son Inc. Form no. 1200009 5/85                    4/03/03 14:28:06

040507012307



CHUBB

## Exclusions
(continued)

**Personal property insured with other companies.** We do not cover loss to personal property separately described and insured with a specific value or insured on a blanket basis under a personal articles floater policy or similar policy not issued by a direct or indirect subsidiary of The Chubb Corporation.

**Loss to animals.** We do not cover any loss to animals, birds, or fish.

**Aircraft.** We do not cover any loss to an aircraft or aircraft parts.

**Intentional acts.** We do not cover any loss caused intentionally by you or a family member, or by a person directed by you or a family member to cause a loss where the covered person intending to cause the loss will benefit from this insurance. An intentional act is one whose consequences could have been foreseen by a reasonable person.

**Misappropriation.** We do not cover any loss to contents caused by the taking or other misappropriation of the contents from you or a family member by your spouse or another family member.

**Negligent planning, construction, or maintenance.** We do not cover any loss caused by the negligent acts, errors, or omissions of you or any other person in planning, construction, or maintenance. This exclusion applies only when the loss is caused directly or indirectly by a peril excluded in this section. It does not matter whether the negligent acts, errors, or omissions take place on or off the insured property. "Planning" includes zoning, placing, surveying, designing, compacting, setting specifications, developing property, and establishing building codes or construction standards. "Construction" includes materials, workmanship, and parts or equipment used for construction or repair.

**Neglect.** We do not cover any loss caused by your failure to use all reasonable means to protect property before, at, or after the time of a loss.

**Acts of war.** We do not cover any loss caused directly or indirectly by war, undeclared war, civil war, insurrection, rebellion, revolution, warlike acts by military forces or personnel, the destruction or seizure of property for a military purpose, or the consequences of any of these actions.

**Nuclear or radiation hazard.** We do not cover any loss caused directly or indirectly by nuclear reaction, radiation, or radioactive contamination, regardless of how it was caused. But we do insure ensuing covered loss due to fire resulting from a nuclear hazard unless another exclusion applies.

© Copyright 1985 by Chubb & Son Inc. Form no. 1200009 6/85                    4/03/03 14:28:06

040507012230Z


CHUBB

This part of your Masterpiece Policy provides you with coverage against all risk of physical loss to your valuable articles anywhere in the world unless stated otherwise or an exclusion applies.

"Valuable article" means personal property you own or possess for which an amount of coverage is shown in the **Valuable Articles** section of your Coverage Summary.

## Payment for a Loss

### Amount of coverage
The amount of coverage for each category of valuable articles, and for each itemized article, is shown in your Coverage Summary.

To help you maintain an appropriate amount of coverage, if itemized jewelry is shown in your Coverage Summary, we increase the amount of coverage for each article of itemized jewelry annually by a percentage based on industry trends for jewelry values plus, if you request, an additional percentage amount.

### Itemized articles
For a covered loss to an article listed in your schedule of itemized articles, we will pay as follows:

**Total loss.** If the itemized article is totally destroyed or lost, we will pay the amount of itemized coverage for that article. However, if the market value of the itemized article immediately before the loss exceeds the amount of itemized coverage for that article, we will pay its market value immediately before the loss, up to 150% of the amount of itemized coverage for that article.

**Partial loss.** If the itemized article is partially lost or damaged, you may choose to restore the article and we will pay to restore it to its condition immediately before the loss. If you choose not to restore the article, or the article cannot be fully restored to its condition immediately before the loss, we will pay the restoration costs, if restoration is attempted, plus any loss of market value, determined as follows:
- If the amount of coverage for the article is less than the market value immediately before the loss, we will apply the percentage change to the market value immediately before the loss.
- If the amount of coverage for the article is greater than the market value immediately before the loss, we will apply the percentage change to the amount of coverage for that article.
The maximum amount we will pay is 150% of the amount of itemized coverage for that article.

"Percentage change" means the change in market value resulting from the covered loss, after restoration if any, expressed as a percentage.

**In-vault jewelry.** Itemized jewelry described in the Coverage Summary as "in-vault" must be kept in a bank vault. There is no coverage for these items while they are out of a vault, unless we agree in advance to cover them.

### Blanket coverage
For a covered loss to valuable articles with blanket coverage, we will pay the amount required to repair or replace the property, whichever is less, without deduction for depreciation. If the restored value is less than the market value immediately prior to the loss, we will pay the difference. But we will not pay more than the amount of blanket coverage for that category. And we will not pay more than the blanket limit per item for loss to any one article as shown in the Coverage Summary.

© Copyright 1985 by Chubb & Son Inc. Form no. 3400008 5/85                    2/21/05 13:13:35

040507012307



CHUBB

## Payment for a Loss
(continued)

### Our option
When we pay for a total loss, we may keep all or part of the damaged property.

### Recoveries
If we pay for a covered loss to property and we recover that property, we agree to offer you an opportunity to buy it back. We will offer it to you at no higher an amount than we paid to you for that property.

## Valuable Articles Coverage

In Valuable Articles Coverage, a "covered loss" includes **all risk** of physical loss to valuable articles unless stated otherwise or an exclusion applies. Exclusions to this coverage are described in **Exclusions**.

## Extra Coverages

In addition to covering the physical loss to your valuable articles, we also provide other related coverages. These payments are in addition to the amount of coverage for your valuable articles unless stated otherwise or an exclusion applies. Exclusions to these coverages are described in **Exclusions**.

### Newly acquired valuable articles
For some categories of valuable articles, we automatically cover newly acquired articles that you own if you already have itemized articles shown on the Coverage Summary in that category. The amount of coverage for these articles is described below.

**Fine arts.** We cover your newly acquired fine arts for 25% of your total itemized coverage for fine arts. But you must request coverage for the newly acquired fine arts within 90 days after you acquire them, and pay the additional premium from the date acquired. We reserve the right not to insure the newly acquired articles after the 90th day.

**Jewelry, furs, cameras, and musical instruments.** We cover your newly acquired jewelry, furs, cameras, and musical instruments for 25% of your total itemized coverage in the same category, up to $50,000 for each category. But you must request coverage for these newly acquired articles within 90 days after you acquire them, and pay the additional premium from the date acquired. We reserve the right not to insure the newly acquired articles after the 90th day.

© Copyright 1985 by Chubb & Son Inc. Form no. 3400009 5/85                        2/21/05 13:13:35

040507012307



## Exclusions
(continued)

**Special exclusions for stamps and coins.** We do not cover these losses for stamps or coins:

- fading, creasing, denting, scratching, tearing, thinning, color transfer, dampness, extreme temperature, or gradual deterioration;
- damage caused from handling or being worked on;
- disappearance of an individual stamp, coin, or other item that is insured as part of a collection unless it is mounted in a volume and the page is also lost.

04050701230Z



*Masterpiece*®

This part of your Masterpiece Policy provides you with personal liability coverage for which you or a family member may be legally responsible anywhere in the world unless stated otherwise or an exclusion applies.

## Payment for a Loss

### Amount of coverage
The amount of coverage for liability is shown in the Coverage Summary. We will pay on your behalf up to that amount for covered damages from any one occurrence, regardless of how many claims, homes, or people are involved in the occurrence.

Any costs we pay for legal expenses (see **Defense coverages**) are in addition to the amount of coverage.

## Personal Liability Coverage

We cover damages a covered person is legally obligated to pay for personal injury or property damage which take place anytime during the policy period and are caused by an occurrence, unless stated otherwise or an exclusion applies. Exclusions to this coverage are described in **Exclusions**.

In lieu of the definition for "occurrence" in the Introduction, the following definition of "occurrence" applies:
"Occurrence" means an accident or offense to which this insurance applies and which begins within the policy period. Continuous or repeated exposure to substantially the same general conditions unless excluded is considered to be one occurrence.

A "covered person" means:
• you or a family member;
• any other person or organization with respect to liability because of acts or omissions of you or a family member; or
• any combination of the above.

"Damages" means the sum that is paid or is payable to satisfy a claim settled by us or resolved by judicial procedure or by a compromise we agree to in writing.

"Personal injury" means the following injuries, and resulting death:
• bodily injury;
• shock, mental anguish, or mental injury;
• false arrest, false imprisonment, or wrongful detention;
• wrongful entry or eviction;
• malicious prosecution or humiliation; and
• libel, slander, defamation of character, or invasion of privacy.

"Bodily injury" means physical bodily harm, including sickness or disease that results from it, and required care, loss of services and resulting death.

© Copyright 1985 by Chubb & Son Inc. Form no. 4810009 5/85     4/06/04 13:57:35

040507012307

**Personal Liability Coverage**

CHUBB

## Personal Liability Coverage
(continued)

"Wrongful employment act" means any employment discrimination, sexual harassment, or wrongful termination of any residential staff actually or allegedly committed or attempted by you or a family member, while acting in the capacity as an employer, that violates applicable employment law of any federal, state, or local statute, regulation, ordinance, or common law of the United States of America, its territories or possessions, or Puerto Rico. "Sexual harassment" as it relates solely to a wrongful employment act means unwelcome sexual advances, requests for sexual favors, or other conduct of a sexual nature that:
- is made a condition of employment of any residential staff;
- is used as a basis for employment decisions;
- interferes with performance of any residential staff's duties; or
- creates an intimidating, hostile, or offensive working environment.

"Wrongful termination" means:
- the actual or constructive termination of employment of any residential staff by you or a family member in violation of applicable employment law; or
- breach of duty and care when you or a family member terminates an employment relationship with any residential staff.

## Defense coverages
We will defend a covered person against any suit seeking covered damages for personal injury or property damage or for covered damages under Employment practices liability, if Employment practices liability coverage is shown in the Coverage Summary. We provide this defense at our own expense, with counsel of our choice, even if the suit is groundless, false, or fraudulent. We may investigate, negotiate, and settle any such claim or suit at our discretion.

As part of our investigation, defense, negotiation, or settlement we will pay:
- all premiums on appeal bonds required in any suit we defend;
- all premiums on bonds to release attachments for any amount up to the amount of coverage (but we are not obligated to apply for or furnish any bond);
- all expenses incurred by us;
- all costs taxed against a covered person;
- all interest accruing after a judgement is entered in a suit we defend on only that part of the judgement we are responsible for paying. We will not pay interest accruing after we have paid the judgement up to the amount of coverage;
- all prejudgement interest awarded against a covered person on that part of the judgement we pay or offer to pay. We will not pay any prejudgement interest based on that period of time after we make an offer to pay the amount of coverage;
- all earnings lost by each covered person at our request, up to $250 a day, to a total of $10,000;
- other reasonable expenses incurred by a covered person at our request; and
- the cost of bail bonds required of a covered person because of a covered loss.

These Defense coverages are limited for Employment practices liability as follows:
Our duty to defend you or a family member and our obligation to pay defense expenses ends when we have exhausted the amount of coverage per occurrence for Employment practices liability shown in the Coverage Summary by paying for covered damages from any one occurrence, or exhausted the maximum annual amount of coverage for Employment practices liability shown in the Coverage Summary by paying for covered damages, whichever occurs sooner.

© Copyright 1985 by Chubb & Son Inc. Form no. 4610009 5/85       4/06/04 13:57:35

040507012307 –

## Extra Coverages
(continued)

"Kidnap and ransom occurrence" means the actual or alleged wrongful taking of:
- you or a family member; or
- a covered relative while visiting or legally traveling with you or a family member;
  that includes a demand for ransom payment which would be paid by you or a family member in exchange for the release of that kidnapped person.

"Kidnap expenses" means the reasonable costs for:
- a professional negotiator;
- a professional security consultant;
- professional security guard services;
- a professional public relations consultant;
- travel, meals, lodging and phone expenses incurred by you or a family member;
- advertising, communications and recording equipment;
- related medical, cosmetic, psychiatric and dental expenses incurred by the kidnapped person within 12 months from that person's release;
- attorneys fees;
- a professional forensic analyst;
- earnings lost by you or a family member, up to $250 a day, to a total of $10,000.

However, "kidnap expenses" does not include expenses incurred due to any kidnap and ransom occurrence caused by you, a family member, or a covered relative, or any person acting on behalf of you, a family member, or a covered relative, whether acting alone or in collusion with others.

"Covered relative" means the following relatives of the person named in the Coverage Summary and a spouse who lives with that person:
- children, their children or other descendents of theirs;
- parents, grandparents or other ancestors of theirs; or
- siblings, their children or other descendents of theirs;
  who do not live with you, including spouses or domestic partners of all of the above. Parents, grandparents and other ancestors include adoptive parents, stepparents and stepgrandparents.

### Identity fraud
We will pay for a covered person's identity fraud expenses, up to a maximum of $25,000, for each identity fraud occurrence. A $500 deductible applies to each identity fraud occurrence.

"Identity fraud" means the act of knowingly transferring or using, without lawful authority, a covered person's means of identity which constitutes a violation of federal law or a crime under any applicable state or local law.

"Identity fraud occurrence" means any act or series of acts of identity fraud by a person or group commencing in the policy period.

© Copyright 1986 by Chubb & Son Inc. Form no. 4610009 5/86                4/09/04 13:57:35

04050701230



CHUBB

## *Extra Coverages*
(continued)

This coverage does not apply to losses covered under Identity fraud.

### Rented or borrowed vehicles
We cover for damages for personal injury and property damage caused by an occurrence during the policy period resulting from a covered person's use of a rented or borrowed vehicle if the limit of liability shown in the Coverage Summary is $1 million or more, provided the rental or loan does not exceed 30 days.

We will provide this coverage in excess of any underlying insurance that applies to these damages. If no underlying coverage exists, we will pay total damages up to the limit of liability shown in the Coverage Summary.

This extra coverage is not provided when:
• you have coverage provided by an excess or umbrella policy with us or another company;
• you or a family member own a private passenger vehicle, a pick-up, panel truck, or van.

### Fungi and mold
We cover damages a covered person is legally obligated to pay, up to $100,000 for each occurrence, for bodily injury or property damage arising out of mold. "Mold" means fungi, mold, mold spores, mycotoxins, and the scents and other byproducts of any of these. These payments do not increase the amount of personal liability coverage.

### Employment practices liability coverage
If Employment practices liability coverage is shown in the Coverage Summary, we provide coverage for Employment practices liability and Reputational injury.

This coverage applies only if on the effective date of any policy period, the number of residential staff does not exceed 5. However, if after the effective date of any policy period you or a family member employs more than 5 residential staff, we will cover, through the remainder of the policy period, only those 5 residential staff with the longest period of uninterrupted employment in chronological order of hiring at the time of the Employment practices liability coverage occurrence. This condition does not apply to your or a family member's employment of a temporary worker to substitute for any residential staff on leave, performing the same duties for the same or fewer number of hours. It is your duty to advise us as soon as reasonably possible if you or a family member employs more than 5 residential staff at any time during the policy period in order to reduce the possibility of being underinsured.

**Employment practices liability.** We cover damages you or a family member is legally obligated to pay any residential staff for a wrongful employment act caused by an occurrence when the claim is made or the suit is brought in the United States of America, its territories or possessions, or Puerto Rico, unless stated otherwise or an exclusion applies.

**Amount of coverage for Employment practices liability.** The maximum amount of coverage for Employment practices liability available for any one occurrence is the amount of coverage for Employment practices liability shown in the Coverage Summary. We will not pay more than this amount in any one occurrence for covered damages regardless of how many claims or people are involved in the occurrence.



## Exclusions
(continued)

**Aircraft.** We do not cover any damages arising out of the ownership, maintenance, use, loading, unloading, or towing of any aircraft, except aircraft chartered with crew by you. We do not cover any property damages to aircraft rented to, owned by, or in the care, custody or control of a covered person.

**Large watercraft.** We do not cover any damages arising out of the ownership, maintenance, use, loading, unloading or towing of any watercraft 26 feet or longer or with more than 50 horsepower owned by a covered person, or furnished or rented to a covered person for longer than 30 days. But we do cover watercraft being stored, unless another exclusion applies.

**Motorized land vehicle, watercraft and aircraft racing.** We do not cover any damages arising out of the participation in or practice for competitive racing of any motorized land vehicle, watercraft or aircraft. This exclusion does not apply to sailboat racing even if the sailboat is equipped with an auxiliary motor.

**Workers' compensation or disability.** We do not cover any damages a covered person is legally obligated to provide under any workers' compensation, disability benefits, unemployment compensation or similar laws. But we do provide coverage in excess over any other insurance for damages a covered person is legally obligated to pay for bodily injury to a domestic employee of a residence shown in the Coverage Summary which are not compensable under workers' compensation, unless another exclusion applies.

**Director's liability.** We do not cover any damages for any covered person's actions or failure to act as an officer or member of a board of directors of any corporation or organization. This exclusion does not apply to a not-for-profit corporation or organization, or to a condominium or cooperative association.

**Damage to covered person's property.** We do not cover any person for property damage to property owned by any covered person.

**Damage to property in your care.** We do not cover any person for property damage to property rented to, occupied by, used by, or in the care of any covered person, to the extent that the covered person is required by contract to provide insurance. But we do cover such damages for loss caused by fire, smoke, or explosion unless another exclusion applies.

**Wrongful employment act.** We do not cover any damages arising out of a wrongful employment act. This exclusion does not apply to Employment practices liability coverage if Employment practices liability coverage is shown in the Coverage Summary.

**Discrimination.** We do not cover any damages arising out of discrimination due to age, race, color, sex, creed, national origin, sexual harassment, or any other discrimination. This exclusion does not apply to Employment practices liability coverage.

**Intentional acts.** We do not cover any damages arising out of an act intended by any covered person to cause personal injury or property damage, even if the injury or damage is of a different degree or type than actually intended or expected. An intentional act is one whose consequences could have been foreseen by a reasonable person. But we do cover such damages if the act was intended to protect people or property unless another exclusion applies. This exclusion does not apply to Employment practices liability coverage.

© Copyright 1985 by Chubb & Son Inc. Form no. 4610008 5/85                    4/08/04 13:57:35
147

040507012307



## Exclusions
(continued)

"Residence premises conditional business liability" is limited to business or professional activities when legally conducted by you or a family member at your residence shown in the Coverage Summary. We provide coverage only for personal injury or property damage arising out of the physical condition of that residence if:
- you do not have any employees involved in your business or professional activities who are subject to workers' compensation or other similar disability laws; or, if you are a doctor or dentist, you do not have more than two employees subject to such laws;
- you do not earn annual gross revenues in excess of $5,000, if you are a home day care provider;
- there is no other valid and collectible insurance.

We do not cover damages or consequences resulting from business or professional care or services performed or not performed.

**Financial guarantees.** We do not cover any damages for any covered person's financial guarantee of the financial performance of any covered person, other individual or organization.

**Professional services.** We do not cover any damages for any covered person's performing or failure to perform professional services, or for professional services for which any covered person is legally responsible or licensed.

**Acts of war.** We do not cover any damages caused directly or indirectly by war, undeclared war, civil war, insurrection, rebellion, revolution, warlike acts by military forces or personnel, the destruction or seizure of property for a military purpose, or the consequences of any of these actions.

**Contractual liability.** We do not cover any assessments charged against a covered person as a member of a condominium or cooperative association. We also do not cover any damages arising from contracts or agreements made in connection with any covered person's business. Nor do we cover any liability for unwritten contracts, or contracts in which the liability of others is assumed after a covered loss.

**Covered person's or dependent's personal injury.** We do not cover any damages for personal injury for any covered person or their dependents where the ultimate beneficiary is the offending party or defendant. We also do not cover any damages for personal injury, other than bodily injury, for which you can be held legally liable to a family member or your spouse or for which a family member or your spouse can be held legally liable to you.

**Liability for dependent care.** We do not cover any damages for personal injury for which a covered person's only legal liability is by virtue of a contract or other responsibility for a dependent's care.

**Illness.** We do not cover personal injury or property damage resulting from any illness, sickness or disease transmitted intentionally or unintentionally by a covered person to anyone, or any consequence resulting from that illness, sickness or disease.

© Copyright 1995 by Chubb & Son Inc. Form no. 4810009 5/95                    4/06/04 13:57:35

040507012307



*Masterpiece*® **Terms**

This part of your Masterpiece Policy explains the conditions that apply to your policy.

## General Conditions

These conditions apply to your policy in general, and to each coverage in it.

### Policy period
The effective dates of your policy are shown in the Coverage Summary. Those dates begin at 12:01 a.m. standard time at the mailing address shown. Each renewal period shall be for a similar term.

All coverages on this policy apply only to occurrences that take place while this policy is in effect.

### Renewals
We or our agent may offer to renew this policy, at the premiums and under the policy provisions in effect at the date of renewal. We can do this by mailing you a bill for the premium to the address shown in the Coverage Summary, along with any changes in the policy provisions or amounts of coverage. You may accept our offer by paying the required premium on or before the starting date of each renewal period.

### Transfer of rights
If we make a payment under this policy, we will assume any recovery rights a covered person has in connection with that loss, to the extent we have paid for the loss.

All of your rights of recovery will become our rights to the extent of any payment we make under this policy. A covered person will do everything necessary to secure such rights; and do nothing after a loss to prejudice such rights. However, you may waive any rights of recovery from another person or organization for a covered loss in writing before the loss occurs.

**Condominiums:** We waive any rights of recovery against the corporation or association of property owners of the condominium where the residence is located.

### Concealment or fraud
This policy is void if you or any covered person has intentionally concealed or misrepresented any material fact relating to this policy before or after a loss.

### Application of coverage
Coverage applies separately to each covered person. However, this provision does not increase the amount of coverage for any one occurrence.

### Duplicate coverages
If a loss is covered under more than one part of this policy, we will pay you under the part giving you the most coverage, but not under more than one part. However, when both Valuable Articles Coverage and contents coverage are shown in the Coverage Summary, and a loss is covered under both parts, your amount of coverage will equal the combined total of both contents and Valuable Articles Coverage subject to the Contents Special limits and policy provisions. In no event will we make duplicate payments.

*06/14/04*

© Copyright 1985 by Chubb & Son Inc. Form no. 7000009 5/85

**Florida** Policy Terms

4/06/04 13:57:35

*Page Y-1*

040507012307

*Policy*
*Terms*



CHUBB

---

## *Liability Conditions*
(continued)

### Other Insurance

**Vehicles:** When other liability insurance applies to covered damages, we will pay our share. Our share is the proportion that the amount of coverage under this policy bears to the total of all applicable amounts of coverage. However, for non-owned motorized land vehicles, this insurance is excess over any other insurance, except that written specifically to cover excess over the amount of coverage in this policy.

**Personal and Excess:** This insurance is excess over any other insurance except that written specifically to cover excess over the amount of coverage that applies in this policy.

**Additional liability protection.** If you have Masterpiece Personal Liability Coverage, you are eligible to apply for excess liability protection. The additional protection covers your house, vehicle(s) and other personal exposures under our Masterpiece Excess Liability Coverage. Acceptance is subject to our approval.

If your Masterpiece Personal Liability Coverage is cancelled or nonrenewed, your eligibility for Masterpiece Excess Liability Coverage will cease as of the cancellation or nonrenewal date. If Masterpiece Excess Liability Coverage has been provided, it will be cancelled or nonrenewed at the earliest date allowed by law and an appropriate notice of cancellation or nonrenewal will be issued.

If you do not have Masterpiece Personal Liability Coverage, your eligibility for Masterpiece Excess Liability Coverage will cease as of the earliest nonrenewal date allowed by law, and an appropriate notice of nonrenewal will be issued.

### Your duties after a loss

In case of an accident or occurrence, the covered person shall perform the following duties that apply:

**Notification.** You must notify us or your agent as soon as possible.

**Assistance.** You must provide us with all available information. This includes any suit papers or other documents which help us in the event that we defend you.

**Cooperation.** You must cooperate with us fully in any legal defense. This may include any association by us with the covered person in defense of a claim reasonably likely to involve us.

**Examination.** A person making a claim under any liability or vehicle coverages in this policy must:
- submit as often as we reasonably require;
  - to physical exams by physicians we select, which we will pay for; and
  - to examination under oath and subscribe the same; and
- authorize us to obtain;
  - medical reports; and
  - other pertinent records.

## Property Conditions
(continued)

**Examination under oath.** We have the right to examine under oath as often as we may reasonably require you, family members and other members of your household and have them subscribe the same. We may also ask you to give us a signed description of the circumstances surrounding a loss and your interest in it, and to produce all records and documents we request and permit us to make copies.

### Insurable interest
We will not pay for any loss to property in which you or a family member does not have an insurable interest at the time of the loss.

If more than one person has an insurable interest in covered property, we will not pay for an amount greater than your interest, up to the amount of coverage that applies.

### Abandoning property
You cannot abandon any property to us unless we agree to accept it, or to a third party unless we agree.

### Carrier and bailees
We will not make any payments under this policy to the benefit of any carrier or other bailee of damaged property.

## Special Conditions

In the event of conflict with any other conditions of your policy, these conditions supersede.

### Legal action against us
You agree not to bring legal action against us unless you have first complied with all conditions of this policy. You also agree to bring any action against us within five years after a loss occurs, but not until 30 days after proof of loss has been filed and the amount of loss has been determined.

If you have a loss under liability coverage, you agree not to bring any action against us until the amount of damages you are legally obligated to pay has been finally determined after an actual trial or appeal, if any, or by a written agreement between you, us and the claimant. No person or organization has any right under this policy to bring us into any action to determine the liability of a covered person.

### Appraisals
If you and we fail to agree on the amount of loss, you and we may select an independent appraiser in order to reach a mutual agreement. You and we will share the expenses incurred equally and every effort will be made to reach an agreement within a reasonable time. However, we do not waive our rights under this policy by agreeing to an appraisal.

040507012307


CHUBB

## Special Conditions
(continued)

If we pay the mortgagee or loss payee for any loss and deny payment to you, then:
- our rights are subrogated to all rights of the mortgagee or loss payee granted under the mortgage on the property; or
- at our option, we may pay to the mortgagee or loss payee the whole principal on the mortgage plus any accrued interest. In this event, we will receive a full assignment and transfer from the mortgagee or loss payee and all securities held as collateral to the debt.

Subrogation will not impair the right of the mortgagee or loss payee to recover the full amount of the mortgagee's or loss payee's claim.

### Nonrenewal
If we decline to renew this policy, we will mail you a notice of nonrenewal at the mailing address shown in the Coverage Summary at least 90 days before the policy ends and we will obtain a certificate of mailing. If the policy period is other than one year, we have the right to refuse to renew only on each anniversary of the effective date. Our right to decline to renew applies to each coverage or limit in this policy. This notice will contain the reason(s) for nonrenewal.

**Vehicle coverage only:**
We will not exercise our right of nonrenewal solely because you have been convicted of a noncriminal traffic infraction, unless you have been convicted of:
- two or more traffic violations within a 18 month period; or
- three or more traffic violations within a 36 month period; or
- exceeding the speed limit by more than 15 miles per hour.

### Your cancellation
You may cancel this policy or any part of it at any time by returning it to us or notifying us in writing of the future date that the cancellation is to take effect.

**Vehicle coverage only:**
**Within 60 days.** When personal injury protection and vehicle liability coverage has been in effect for less than 60 days you may cancel only if your covered vehicle is totally destroyed, you transfer ownership of your covered vehicle, or you purchase a vehicle policy that replaces this policy. This provision applies to both a new policy and a renewal.

### Our cancellation
We may cancel this policy or any part of it, subject to the following conditions. Our right to cancel applies to each coverage or limit in this policy.

**Within 90 days.** When this policy or any part of it has been in effect for less than 90 days, we may cancel with 20 days notice for any reason. However, this condition does not apply to vehicle coverage.

**Within 60 days.** When vehicle coverage has been in effect for less than 60 days, we may cancel with 45 days notice for any reason. However, we may only cancel for nonpayment if your premium check is dishonored.

040507012307



CHUBB

In Witness Whereof, the company issuing this policy has caused this policy to be signed by its authorized officers, but this policy shall not be valid unless also signed by a duly authorized representative of the company.

CHUBB INDEMNITY INSURANCE COMPANY
CHUBB INSURANCE COMPANY OF NEW JERSEY
CHUBB NATIONAL INSURANCE COMPANY
FEDERAL INSURANCE COMPANY
GREAT NORTHERN INSURANCE COMPANY
VIGILANT INSURANCE COMPANY

*Thomas F. Motamed*

President

*Henry A Aulisi*

Secretary

PACIFIC INDEMNITY COMPANY

*Thomas F. Motamed*

President

*Henry A Aulisi*

Secretary

NORTHWESTERN PACIFIC INDEMNITY COMPANY

*Thomas F. Motamed*

President

*Henry A Aulisi*

Secretary

040507012302



CHUBB

You have the right to review and correct or amend information we have. If you want to know more about this and how information may be disclosed without your prior authorization, please write to:

Chubb Personal Insurance
Attention: Policy Information
202 Halls Mill Road
P.O. Box 1600
Whitehouse Station, N.J. 08889-1600

Please include your policy number, policy period and the name and address of your agent or broker.

If you need to report a claim and have been unable to contact your agent, broker or local Chubb Office, you can call this telephone number for further assistance:

1-800-252-4670

04/07/03

© Copyright 1985 by Chubb & Son Inc. Form no. 7300009 4/89

161

**Florida** Policy Information Notice

2/28/03 14:39:37

040507012307



CHUBB

**Name and address of Insured**

WALDEMAR AND ALTHEA GONZALEZ
7548 DUNBRIDGE DR
ODESSA, FL 33556

**Page** 1
**Effective Date** 12/25/06
**Policy no.** 13135823-01
**Issued by** Federal Insurance Company
a stock insurance company
incorporated in Indiana
**Policy period** 10/30/06 to 10/30/07

**If you have any questions, please contact**
INSURANCE INTERMEDIARIES(JOHN R
WEACHTER)
6460 BUSCH BLVD #100
COLUMBUS, OH  43229-1737
614-846-1111

As requested, we have revised your Chubb Masterpiece Policy. The changes are shown below. To keep your records up to date, please attach this update and the revised table of contents to your existing policy. The table of contents shows which sections of your policy are now in effect.

Please note that you no longer have any Valuable Articles coverage under this policy.

Your premium will be reduced by **$86.00** for this revision. You will receive a separate statement showing the premium adjustment.

## Valuable Articles

This section shows the changes in your Valuable Articles coverage.

**Deleted**    JEWELRY

As the duly authorized representative of the company my signature validates this policy.

*Robert Hamburger*

Authorized representative

© Copyright 1984 by Chubb & Son Inc.   Form no. Q08060000 05/85

INSURED 10/19/09 23.34.34

040507012307

# *Masterpiece*®   Table of Contents



CHUBB

**Name and address of Insured**

WALDEMAR AND ALTHEA GONZALEZ
7548 DUNBRIDGE DR
ODESSA, FL  33556

**Effective date**  12/25/06
**Policy no.**  13135823-01
**Issued by**  Federal Insurance Company
a stock insurance company
incorporated in  Indiana
**Policy period**  10/30/06  to  10/30/07

**If you have any questions, please contact**
INSURANCE INTERMEDIARIES(JOHN R
WEACHTER)
6460 BUSCH BLVD #100
COLUMBUS, OH   43229-1737
614-846-1111

This revised table of contents lists all your policy provisions. To keep your records current, please attach this update to your policy.

## Contents

| Chapter | Edition Date | State | Page |
|---|---|---|---|
| Introduction | | | A-1 |
| Deluxe House Coverage | 10/05 | FLA | B-1 |
| Deluxe Contents Coverage | 04/03 | FLA | C-1 |
| Personal Liability Coverage | 06/04 | FLA | T-1 |
| Policy Terms | 06/04 | FLA | Y-1 |
| Policy Information Notice | 04/03 | FLA | |

© Copyright 1984 by Chubb & Son Inc.   Form No.Q0903000 05/85

INSURED  10/18/08 23.34.34

04050701230